# Court of Appeals
# of the State of Georgia

ATLANTA, November 12, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0636. BOGULSKI v. MONROE COUNTY NEWS, LLC.**

This case was docketed on October 16, 2025, and therefore, Appellant's brief and enumerations of error were due by November 5, 2015. Because Appellant has failed to submit a brief or timely motion for extension of time to file a brief, this appeal is hereby DISMISSED. See Court of Appeals Rules 16(b), 23(a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 11/12/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*